UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: CHANDAN MANANSINGH<br>ATTORNEY AT LAW, BAR NO. 12033. | Case No.: 2:18-ms-00032<br><br>**ORDER OF SUSPENSION** |

On May 15, 2018, this Court entered an Order to Show Cause, mailed via certified mail with a Certified Mail Return Receipt date of delivery of May 21, 2018. The Order to Show Cause provided Mr. Manansingh with thirty (30) days to respond with reasons why he should not be suspended from the practice of law in this Court. No response has been received from Mr. Manansingh. Failure to respond within thirty (30) days warrants an Order of Suspension. Local Rule IA 11-7.

Accordingly, **IT IS HEREBY ORDERED** that Chandan Manansingh, Bar No. 12033, is hereby **SUSPENDED** from practice in United States District Court for the District of Nevada.

**DATED** this __3__ day of July, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of United States District Court, and that on this ____ day of July, 2018, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

>Chandan Manansingh
>c/o Joshua Gilmore, Esq.
>Bailey Kennedy
>8984 Spanish Ridge Ave.
>Las Vegas, NV 89148

Certified Mail No.:   7017 3380 0000 4606 0726

>/s/ Michael Zadina
>Deputy Clerk
>United States District Court,
>District of Nevada